# EXHIBIT 1

**United States**  **Of America**

### Department of the Treasury
### Internal Revenue Service

Date: **MAR 2 8 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, John J Schlabach, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2008 consisting of 5 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

Exhibit 1 Page 1

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

JOHN J SCHLABACH                    EIN/SSN: [REDACTED] 2218

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2008

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 09-30-2010 | SUBSTITUTE FOR RETURN 29210-888-00000-0 | 0.00 | | 10-25-2010 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION EXAM/COLLECTIONS 90 DAY LETTER UNAGREED, CLOSED TO APPEALS 29247-564-10024-1  20112508 | 0.00 | | 07-04-2011 |
| 06-14-2011 | LEGAL SUIT PENDING | | | |
| | LATE FILING PENALTY 20131805 | 231.00 | | 05-20-2013 |
| 04-15-2009 | WITHHOLDING CREDIT | | 426.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER ASED 20160603 29247-520-70033-3  20131805 | 1,350.00 | | 05-20-2013 |
| 04-26-2013 | LEGAL/BANKRUPTCY PROCEEDING NO LONGER PENDING | | | |
| | INTEREST ASSESSED 20131805 | 180.24 | | 05-20-2013 |
| 05-30-2013 | AMENDED RETURN FILED 33277-618-00013-3 | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

Exhibit 1 Page 2

----------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:        2218


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 07-08-2013 | AMENDED RETURN FILED 33277-641-01797-3 | | | |
| | ADDITIONAL TAX ASSESSED 83254-452-05016-4  20140905 | 0.00 | | 03-17-2014 |
| 04-15-2016 | OVERPAID CREDIT APPLIED 1040        201512 | | 1,688.46 | |
| | FAILURE TO PAY TAX PENALTY 20162005 | 231.00 | | 06-06-2016 |
| | INTEREST ASSESSED 20162005 | 122.22 | | 06-06-2016 |
| 06-21-2016 | AMENDED RETURN FILED 89277-582-65404-6 | | | |
| 04-15-2009 | REFUNDABLE CREDIT | | 300.00 | |
| 04-15-2009 | WITHHOLDING CREDIT | | 18.00 | |
| 11-21-2016 | PRIOR TAX ABATED 89254-700-00014-6 | 1,350.00- | | |
| 11-21-2016 | LATE FILING PENALTY ABATED | 231.00- | | |

FORM 4340  (REV. 01-2002)              PAGE    2

Exhibit 1 Page 3

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:          2218


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008


                                  ASSESSMENT,    PAYMENT,     ASSESSMENT
                                  OTHER DEBITS   CREDIT       DATE
DATE       EXPLANATION OF TRANSACTION  (REVERSAL)  (REVERSAL)
------------------------------------------------------------------------

11-21-2016 FAILURE TO PAY TAX                    231.00-
           PENALTY ABATED

11-21-2016 INTEREST ABATED                       302.46-

04-24-2017 CLAIM DISALLOWED
           95254-489-98003-7        05

04-15-2009 CREDIT TRANSFERRED                      (300.00)


04-15-2009 CREDIT TRANSFERRED                       (18.00)


04-15-2009 CREDIT TRANSFERRED                      (426.00)


04-15-2016 OVERPAID CREDIT REVERSED              (1,688.46)
           1040       201512
                 2218

05-20-2013 Statutory Notice of Balance Due

06-24-2013 Notice of Balance Due

03-17-2014 Statutory Notice of Balance Due

03-31-2014 Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    3
```

Exhibit 1 Page 4

-------------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:       2218

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 08-18-2014 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    4

Exhibit 1 Page 5

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN: ▓▓▓▓ 2218


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2008
-------------------------------------------------------------------

BALANCE            0.00

-------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                                    -----------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Janie Willra_

PRINT NAME:_____ Janice Williams
                    Accounting Operations Manager
TITLE:_____ Submission Processing
                    Service Wide Delegation of Authority
DELEGATION ORDER:___Delegation Order 11-5


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 03/22/2018

FORM 4340  (REV. 01-2002)              PAGE    5

Exhibit 1 Page 6

**United States**  **Of America**

### Department of the Treasury
### Internal Revenue Service

Date: **MAR 2 8 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, John J Schlabach, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2009 consisting of 4 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

Exhibit 1 Page 7

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

JOHN J SCHLABACH                     EIN/SSN:        2218
                                                     3195

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| | ADJUSTED GROSS INCOME 42,994.00 | | | |
| | TAXABLE INCOME 29,994.00 | | | |
| 08-24-2011 | SUBSTITUTE FOR RETURN 29210-888-00000-1 | 0.00 | | 09-12-2011 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION EXAM/COLLECTIONS 90 DAY LETTER UNAGREED, CLOSED TO APPEALS 29247-600-10024-2  20123005 | 0.00 | | 08-06-2012 |
| 07-19-2012 | LEGAL SUIT PENDING | | | |
| | LATE FILING PENALTY 20141105 | 784.13 | | 03-31-2014 |
| 04-15-2010 | REFUNDABLE CREDIT | | 400.00 | |
| 04-15-2010 | WITHHOLDING CREDIT | | 194.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER ASED 20170414 29247-470-70035-4  20141105 | 4,079.00 | | 03-31-2014 |
| 03-07-2014 | LEGAL/BANKRUPTCY PROCEEDING NO LONGER PENDING | | | |
| | INTEREST ASSESSED 20141105 | 597.04 | | 03-31-2014 |
| | FAILURE TO PAY TAX PENALTY 20141105 | 836.40 | | 03-31-2014 |

FORM 4340  (REV. 01-2002)                PAGE    1

Exhibit 1 Page 8

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

JOHN J SCHLABACH              EIN/SSN:        2218
                                              3195


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2009


                                  ASSESSMENT,    PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT    DATE
                                  (REVERSAL)     (REVERSAL)
-----------------------------------------------------------------------------

04-15-2016 OVERPAID CREDIT APPLIED                   6,100.34
           1040        201512

           FAILURE TO PAY TAX              34.85              06-06-2016
           PENALTY
           20162005

           INTEREST ASSESSED             362.92              06-06-2016
           20162005

06-21-2016 AMENDED RETURN FILED
           89277-582-65405-6

12-04-2017 CLAIM DISALLOWED
           71254-713-98028-7        05

01-08-2018 SUBSEQUENT PAYMENT                        2,250.00

01-08-2018 OVERPAYMENT CREDIT                       (2,250.00)
           TRANSFERRED
           1040        201012

03-14-2011 Taxpayer Deliquency Notice

03-31-2014 Statutory Notice of Balance Due

05-05-2014 Notice of Balance Due


FORM 4340  (REV. 01-2002)               PAGE    2
```

Exhibit 1 Page 9

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:          2218
                                                      3195

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|--------------------------------------|----------------------------|-----------------|
| 06-09-2014 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE      3

Exhibit 1 Page 10

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------
JOHN J SCHLABACH                  EIN/SSN:          2218
                                                    3195

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009
-----------------------------------------------------------------
BALANCE             0.00
-----------------------------------------------------------------
```

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME: Janice Williams
            Accounting Operations Manager
TITLE: Submission Processing
       Service Wide Delegation of Authority
DELEGATION ORDER: Delegation Order 11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 03/22/2018

FORM 4340  (REV. 01-2002)              PAGE    4

Exhibit 1 Page 11

**United States**  **Of America**

### Department of the Treasury
### Internal Revenue Service

Date: MAR 2 8 2018

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, John J Schlabach, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2010 consisting of 3 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

Exhibit 1 Page 12

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JOHN J SCHLABACH              EIN/SSN:        2218
                                              3195


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010

                              ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT      DATE
                              (REVERSAL)   (REVERSAL)
------------------------------------------------------------------------

          ADJUSTED GROSS INCOME
                  42,800.00

          TAXABLE INCOME
                  33,450.00

08-27-2013 SUBSTITUTE FOR RETURN              0.00       09-16-2013
           29210-888-00000-3

          LATE FILING PENALTY               945.68       08-04-2014
          20142905

04-15-2011 REFUNDABLE CREDIT                             400.00

          ADDITIONAL TAX ASSESSED         4,603.00       08-04-2014
          BY EXAMINATION
          AUDIT DEFICIENCY PER
          DEFAULT OF 90 DAY LETTER
          ASED 20170709
          29247-595-00016-4  20142905

          INTEREST ASSESSED               562.70         08-04-2014
          20142905

          FAILURE TO PAY TAX              840.60         08-04-2014
          PENALTY
          20142905

04-15-2016 OVERPAID CREDIT APPLIED                     2,448.20
          1040        201512

08-16-2016

07-12-2017 REQUEST FOR INSTALLMENT
           AGREEMENT PENDING

07-12-2017 REQUEST FOR INSTALLMENT
           AGREEMENT NO LONGER
           PENDING

FORM 4340  (REV. 01-2002)          PAGE    1
```

Exhibit 1 Page 13

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:        2218
                                                    3195


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010


                                    ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT      DATE
                                    (REVERSAL)      (REVERSAL)
------------------------------------------------------------------------

01-08-2018 OVERPAID CREDIT APPLIED                  2,250.00
           1040       200912

03-19-2018 CLAIM DISALLOWED
           71254-458-98011-8         05

03-12-2018 AMENDED RETURN FILED
           08277-473-01270-8

03-19-2012 Taxpayer Deliquency Notice

08-04-2014 Statutory Notice of Balance Due

08-25-2014 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                PAGE    2
```

Exhibit 1 Page 14

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

JOHN J SCHLABACH              EIN/SSN:              2218
                                                   3195

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2010
-----------------------------------------------------------------------

BALANCE        1,853.78

-----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                                  -----------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____  Janice Williams
                             Accounting Operations Manager
TITLE:_____   Submission Processing
                             Service Wide Delegation of Authority
DELEGATION ORDER:_____  Delegation Order 11-5

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 03/22/2018

FORM 4340  (REV. 01-2002)              PAGE    3
```

Exhibit 1 Page 15

**United States**

**Of America**

### Department of the Treasury
### Internal Revenue Service

Date: **MAR 2 8 2018**

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, John J Schlabach, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2012 consisting of 3 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Jessica William*

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

Exhibit 1 Page 16

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JOHN J SCHLABACH              EIN/SSN:        2218
                                             6195


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012

                                 ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT    DATE
                                 (REVERSAL)   (REVERSAL)
-------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                 54,197.00

           TAXABLE INCOME
                 44,447.00

08-13-2014 SUBSTITUTE FOR RETURN              0.00        09-01-2014
           29210-888-00000-4

           ESTIMATED TAX PENALTY            127.95        11-02-2015
           20154105

           LATE FILING PENALTY           1,605.60        11-02-2015
           20154105

           ADDITIONAL TAX ASSESSED        7,136.00        11-02-2015
           BY EXAMINATION
           AUDIT DEFICIENCY PER
           DEFAULT OF 90 DAY LETTER
           ASED 20181026
           29247-682-01070-5   20154105

11-02-2015 RENUMBERED RETURN
           29247-682-01070-5

           INTEREST ASSESSED               695.14        11-02-2015
           20154105

           FAILURE TO PAY TAX            1,106.08        11-02-2015
           PENALTY
           20154105

08-03-2016

07-12-2017 REQUEST FOR INSTALLMENT
           AGREEMENT PENDING

08-28-2017

FORM 4340  (REV. 01-2002)              PAGE    1
```

Exhibit 1 Page 17

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

JOHN J SCHLABACH            EIN/SSN:          2218
                                              3195


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012


                                     ASSESSMENT,     PAYMENT,      ASSESSMENT
                                     OTHER DEBITS     CREDIT        DATE
DATE        EXPLANATION OF TRANSACTION  (REVERSAL)    (REVERSAL)
---------------------------------------------------------------------------

07-12-2017  REQUEST FOR INSTALLMENT
            AGREEMENT NO LONGER
            PENDING

04-14-2014  Taxpayer Deliquency Notice

11-02-2015  Statutory Notice of Balance Due

11-23-2015  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                   PAGE    2
```

Exhibit 1 Page 18

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------
JOHN J SCHLABACH                      EIN/SSN:         2218
                                                       6195


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012
----------------------------------------------------------------------

BALANCE        10,670.77

----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

----------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:
                              Janice Williams
PRINT NAME:_____
                              Accounting Operations Manager
TITLE:_____
                              Submission Processing
                              Service Wide Delegation of Authority
DELEGATION ORDER:_____Delegation Order 11-5_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 03/22/2018

FORM 4340  (REV. 01-2002)              PAGE      3
```

Exhibit 1 Page 19

**United States**  **Of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: **MAR 2 8 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, John J Schlabach, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2013 consisting of 3 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

Exhibit 1 Page 20

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:            2218
                                                        3195


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| | ADJUSTED GROSS INCOME<br>       54,084.00 | | | |
| | TAXABLE INCOME<br>       44,084.00 | | | |
| 05-01-2015 | SUBSTITUTE FOR RETURN<br>29210-888-00000-5 | | 0.00 | 05-25-2015 |
| | ADDITIONAL TAX ASSESSED<br>71254-712-00015-6  20164505 | | 0.00 | 11-28-2016 |
| 05-25-2017 | ASSESSMENT STATUTE EXPIR<br>DATE EXTEND TO 05-24-2020 | | | |
| 05-24-2017 | AMENDED RETURN FILED<br>49277-558-09769-7 | | | |
| | ESTIMATED TAX PENALTY<br>20173005 | | 124.76 | 08-14-2017 |
| | LATE FILING PENALTY<br>20173005 | | 1,563.30 | 08-14-2017 |
| | ADDITIONAL TAX ASSESSED<br>BY EXAMINATION<br>AUDIT DEFICIENCY PER<br>DEFAULT OF 90 DAY LETTER<br>49247-606-00139-7  20173005 | | 6,948.00 | 08-14-2017 |
| | INTEREST ASSESSED<br>20173005 | | 1,024.38 | 08-14-2017 |
| | FAILURE TO PAY TAX<br>PENALTY<br>20173005 | | 1,389.60 | 08-14-2017 |

FORM 4340  (REV. 01-2002)              PAGE    1

Exhibit 1 Page 21

```
JOHN J SCHLABACH                    EIN/SSN:        2218
                                                    3195
```

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2013
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 11-27-2017 | CLAIM DISALLOWED 71254-707-98008-7     05 | | | |
| 12-01-2014 | Taxpayer Deliquency Notice | | | |
| 08-14-2017 | Statutory Notice of Balance Due | | | |
| 02-26-2018 | Statutory Notice of Intent to Levy | | | |

```
FORM 4340  (REV. 01-2002)                  PAGE    2
```

Exhibit 1 Page 22

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:        2218
                                                    3195

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2013
----------------------------------------------------------------

BALANCE        11,050.04

----------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____ Janice Williams
                           Accounting Operations Manager
TITLE:_____ Submission Processing
                           Service Wide Delegation of Authority
DELEGATION ORDER:_____ Delegation Order 11-5

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 03/22/2018

FORM 4340  (REV. 01-2002)              PAGE     3

Exhibit 1 Page 23

# EXHIBIT 2



**United States**  **Of America**

### Department of the Treasury
### Internal Revenue Service

Date: **MAR 2 8 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, John J Schlabach, for Civil Penalty (Form CVPN), for the tax period ending December 31, 2008 consisting of 2 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

Exhibit 2 Page 1

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

JOHN J SCHLABACH              EIN/SSN:            2218


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2008

                              ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT       DATE
                              (REVERSAL)     (REVERSAL)
---------------------------------------------------------------------------

FORM 4340  (REV. 01-2002)              PAGE     1
```

Exhibit 2 Page 2

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

-----------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN: [       ] 2218


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2008
-----------------------------------------------------------------------

BALANCE            0.00

-----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                                    -----------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____ Janice Williams
                     Accounting Operations Manager
TITLE:_____ Submission Processing
                     Service Wide Delegation of Authority
DELEGATION ORDER:___ Delegation Order 11-5

LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 03/22/2018

FORM 4340  (REV. 01-2002)              PAGE    2

Exhibit 2 Page 3

**United States**  **Of America**

### Department of the Treasury
### Internal Revenue Service

Date: **MAR 2 8 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, John J Schlabach, for Civil Penalty (Form CVPN), for the tax period ending December 31, 2009 consisting of 2 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

Exhibit 2 Page 4

```
     CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

JOHN J SCHLABACH              EIN/SSN:            2218


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2009

                                 ASSESSMENT,     PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT      DATE
                                 (REVERSAL)    (REVERSAL)
---------------------------------------------------------------------------


          MISCELLANEOUS PENALTY            5,000.00       12-04-2017
          IRC 6702 PENALTY FOR
          FILING FRIVOLOUS INCOME
          TAX RETURN
          71254-713-52017-7  20174605

          ADDITIONAL TAX ASSESSED            0.00         12-04-2017
          71254-713-52017-7  20174605

12-04-2017 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)               PAGE    1
```

Exhibit 2 Page 5

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------
```

JOHN J SCHLABACH                    EIN/SSN:          2218


```
TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2009
------------------------------------------------------------------------
```

BALANCE        5,000.00

```
------------------------------------------------------------------------
```
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:
PRINT NAME:                Janice Williams
                           Accounting Operations Manager
TITLE:                     Submission Processing
                           Service Wide Delegation of Authority
DELEGATION ORDER:          Delegation Order 11-5

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 03/22/2018

FORM 4340  (REV. 01-2002)                    PAGE    2

Exhibit 2 Page 6

**United States**  **Of America**

### Department of the Treasury
### Internal Revenue Service

Date: **MAR 2 8 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, John J Schlabach, for Civil Penalty (Form CVPN), for the tax period ending December 31, 2010 consisting of 2 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

Exhibit 2 Page 7

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:          2218


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2010

                                 ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE
                                 (REVERSAL)   (REVERSAL)
--------------------------------------------------------------------------------

          MISCELLANEOUS PENALTY              5,000.00         12-04-2017
          IRC 6702 PENALTY FOR
          FILING FRIVOLOUS INCOME
          TAX RETURN
          71254-713-52018-7  20174605

          ADDITIONAL TAX ASSESSED               0.00         12-04-2017
          71254-713-52018-7  20174605

          MISCELLANEOUS PENALTY              5,000.00         03-19-2018
          IRC 6702 PENALTY FOR
          FILING FRIVOLOUS INCOME
          TAX RETURN
          71254-458-52015-8  20180905

          ADDITIONAL TAX ASSESSED               0.00         03-19-2018
          71254-458-52015-8  20180905

          INTEREST ASSESSED                    57.87         03-19-2018
          20180905

12-04-2017 Statutory Notice of Balance Due

03-05-2018 Statutory Notice of Intent to Levy

03-19-2018 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    1
```

Exhibit 2 Page 8

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JOHN J SCHLABACH                        EIN/SSN:        2218


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: DEC  2010
------------------------------------------------------------------------

BALANCE         10,057.87
------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                                    ------------------------------------
SIGNATURE OF CERTIFYING OFFICER:
PRINT NAME:_____   Janice Williams
                             Accounting Operations Manager
TITLE:_____   Submission Processing
                             Service Wide Delegation of Authority
DELEGATION ORDER:_____   Delegation Order 11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 03/22/2018

FORM 4340  (REV. 01-2002)              PAGE    2
```

Exhibit 2 Page 9

**United States**  **Of America**

### Department of the Treasury
### Internal Revenue Service

Date: **MAR 2 8 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, John J Schlabach, for Civil Penalty (Form CVPN), for the tax period ending December 31, 2012 consisting of 2 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

Exhibit 2 Page 10

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:            2218


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2012

                                    ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT     DATE
                                    (REVERSAL)    (REVERSAL)
-------------------------------------------------------------------------------


           MISCELLANEOUS PENALTY           5,000.00        12-04-2017
           IRC 6702 PENALTY FOR
           FILING FRIVOLOUS INCOME
           TAX RETURN
           71254-713-52019-7  20174605

           ADDITIONAL TAX ASSESSED             0.00        12-04-2017
           71254-713-52019-7  20174605

           MISCELLANEOUS PENALTY           5,000.00        03-19-2018
           IRC 6702 PENALTY FOR
           FILING FRIVOLOUS INCOME
           TAX RETURN
           71254-458-52016-8  20180905

           ADDITIONAL TAX ASSESSED             0.00        03-19-2018
           71254-458-52016-8  20180905

           INTEREST ASSESSED                 57.87         03-19-2018
           20180905

12-04-2017 Statutory Notice of Balance Due

03-05-2018 Statutory Notice of Intent to Levy

03-19-2018 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                PAGE    1
```

Exhibit 2 Page 11

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
```
------------------------------------------------------------------------------

JOHN J SCHLABACH                          EIN/SSN: 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


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2012
------------------------------------------------------------------------------

BALANCE          10,057.87
------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____ Janice Williams
                           Accounting Operations Manager
TITLE:_____ Submission Processing
                           Service Wide Delegation of Authority
DELEGATION ORDER:_____ Delegation Order 11 5


LOCATION: INTERNAL REVENUE SERVICE


         ACCOUNT STATUS DATE 03/22/2018

FORM 4340  (REV. 01-2002)                    PAGE    2

Exhibit 2 Page 12

**United States**  **Of America**

### Department of the Treasury
### Internal Revenue Service

Date: **MAR 2 8 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification. Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, John J Schlabach, for Civil Penalty (Form CVPN), for the tax period ending December 31, 2013 consisting of 3 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Jenio Willia*

Dagoberto Gonzalez,
Field Director,
Submission Processing (Austin)

Form **2866** (Rev. 09-1997)

Exhibit 2 Page 13

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

JOHN J SCHLABACH              EIN/SSN:          2218


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2013

                              ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT   DATE
                              (REVERSAL)    (REVERSAL)
------------------------------------------------------------------------------

          MISCELLANEOUS PENALTY          5,000.00        01-12-2015
          IRC 6702 PENALTY FOR
          FILING FRIVOLOUS INCOME
          TAX RETURN
          29254-752-52203-4  20145204

          ADDITIONAL TAX ASSESSED            0.00        01-12-2015
          29254-752-52203-4  20145204

          MISCELLANEOUS PENALTY          5,000.00        11-28-2016
          IRC 6702 PENALTY FOR
          FILING FRIVOLOUS INCOME
          TAX RETURN
          71254-712-52002-6  20164505

          ADDITIONAL TAX ASSESSED            0.00        11-28-2016
          71254-712-52002-6  20164505

11-28-2016 OVERPAID CREDIT APPLIED                  1,688.46
          1040       201512

11-28-2016 INTEREST OVERPAYMENT                       42.41
          CREDIT
          1040       201512

04-15-2017 OVERPAID CREDIT APPLIED                  8,724.68
          1040       201612

          INTEREST ASSESSED               455.55        05-15-2017
          20171705

01-12-2015 Statutory Notice of Balance Due

03-09-2015 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE     1
```

Exhibit 2 Page 14

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:          2218


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2013

                                   ASSESSMENT,      PAYMENT,     ASSESSMENT,
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT      DATE (23C,
                                   (REVERSAL)      (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

11-28-2016 Statutory Notice of Balance Due

FORM 4340  (REV. 01-2002)                  PAGE    2
```

Exhibit 2 Page 15

------------------------------------------------------------

JOHN J SCHLABACH                    EIN/SSN:              2218


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2013
------------------------------------------------------------

BALANCE           0.00

------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                                      ------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Janice Williams_

PRINT NAME: _____Janice Williams_____
                       Accounting Operations Manager
TITLE: _____Submission Processing_____
                       Service Wide Delegation of Authority
DELEGATION ORDER: _____Delegation Order 11-5_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 03/22/2018

FORM 4340  (REV. 01-2002)                    PAGE    3

Exhibit 2 Page 16

# EXHIBIT 3

# UNITED STATES TAX COURT
### WASHINGTON, DC 20217

JOHN J. SCHLABACH, )
)
   Petitioner, )
)
    v. ) Docket No. 11781-11
)
COMMISSIONER OF INTERNAL REVENUE, )
)
   Respondent. )
)

## ORDER OF DISMISSAL AND DECISION

  This case was called from the calendar for the trial session of the Court on November 26, 2012, at Spokane, Washington. There was no appearance by or on the behalf of petitioner. Counsel for respondent appeared and filed a Motion to Dismiss for Lack of Prosecution. On November 27, 2012, the Court issued an Order to Show Cause, directed petitioner to show cause in writing, on or before December 17, 2012, why this case should not be dismissed for lack of prosecution. On December 17, 2012, petitioner's Response to Court's November 27, 2012 Order to Show Cause (petitioner's response) was filed. Petitioner's response, however, fails to provide an explanation as to why petitioner was not present at the trial of this case on November 26, 2012, in Spokane, Washington. Given due consideration to the foregoing and for the reasons stated in respondent's motion to dismiss for lack of prosecution, it is

  ORDERED that the Court's Order to Show Cause, dated November 27, 2012, is hereby discharged. It is further

  ORDERED that respondent's Motion to Dismiss for Lack of Prosecution, filed November 27, 2012, is granted, and this case is dismissed for lack of prosecution. It is further

  ORDERED AND DECIDED that there is a deficiency in petitioner's Federal income tax for the taxable year 2008 in the amount of $1,350, an addition to tax under I.R.C. section 6651(a)(1) of $231, and an addition to tax under I.R.C. section 6651(a)(2) of $0.

       **(Signed) L. Paige Marvel**
          **Judge**

ENTERED:  **JAN 03 2013**

**SERVED Jan 03 2013**    Exhibit 3 Page1

**EXHIBIT 4**

# UNITED STATES TAX COURT
### WASHINGTON, DC 20217

JOHN J. SCHLABACH,        )
                                  )
           Petitioner,      )
                                  )
             v.                 ) Docket No. 16044-12.
                                  )
COMMISSIONER OF INTERNAL REVENUE, )
                                  )
           Respondent     )

## ORDER OF DISMISSAL AND DECISION

This case was called from the calendar for the Trial Session of the Court at Spokane, Washington, on October 28, 2013. There was no appearance by or on behalf of petitioner. Counsel for respondent appeared and filed a Motion to Dismiss for Failure to Properly Prosecute.

The Court may dismiss a case at any time and enter a decision against the taxpayer for failure to properly prosecute his case, failure to comply with the Rules or any order of this Court, or for any cause which the Court deems sufficient. Rule 123(b);[1] Edelson v. Commissioner, 829 F.2d 828, 831 (9th Cir. 1983) aff'g T.C. Memo. 1986-223. The Court may also dismiss a case for lack of prosecution if the taxpayer inexcusably fails to appear at trial and does not otherwise participate in the resolution of his claim. Rule 149(a); Tipton v. Commissioner, 127 T.C. 217 (2006).

On June 4, 2012, the Court's Notice Setting Case for Trial scheduling a trial in this case for October 28, 2013, and Standing Pretrial Order were served on petitioner. The notice setting case for trial advised petitioner that he was expected to be present on the trial date and prepared to try his case. In addition the notice setting case for trial warned petitioner that his failure to appear could result in dismissal of the case and entry of a decision against him.

---

[1] Rule references are to the Tax Court Rules of Practice and Procedure and section references are to the Internal Revenue Code in effect for the year at issue.

In violation of the Court's notice, petitioner failed to appear on October 28, 2013. It is therefore

ORDERED that respondent's Motion to Dismiss for Failure to Properly Prosecute is granted and that this case is dismissed for lack of prosecution. It is further

ORDERED and DECIDED that there is a deficiency in tax and additions to tax due from petitioner as follows:

| | | Additions to Tax | |
|---|---|---|---|
| Year | Deficiency | Sec. 6651 (a)(1) | Sec. 6651(a)(2) |
| 2009 | $4,079.00 | $784.13 | $697.00* |

* The amount of any addition to tax under section 6651(a)(2) shall be determined under section 6651(a)(2), (b), and (c).

**(Signed) Joel Gerber**
**Judge**

ENTERED:    **NOV 13 2013**

Exhibit 4 Page 2